IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHELLE HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:24-cv-2099-FMO-KES<br><br>**ORDER GRANTING STIPULATION [48]** |

The Court having reviewed the Parties Stipulation of Dismissal and with good cause appearing.

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED.** This action and all claims and defenses asserted therein be dismissed with prejudice as to LexisNexis Risk Solutions, Inc.

DATE: February 7, 2025            /s/   Fernando M. Olguin   .
                              **U.S. DISTRICT JUDGE**